UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| IAN A. NACKE ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:18-CV-196-FL |
| UNITED STATES OF AMERICA ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion to remand, defendant's motion to dismiss for lack of jurisdiction and failure to state a claim, and plaintiff's motion for attorney fees and cost.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 29, 2018, and for the reasons set forth more specifically therein, that plaintiff's motion to remand is DENIED, plaintiff's motion for attorney fees and costs is DENIED and defendant's motion to dismiss is GRANTED.

**This Judgment Filed and Entered on October 29, 2018, and Copies To:**
Steven C. Lawrence  (via US mail) 153 Shady Lane, Hertford, NC 27944
Rudy E. Renfer  (via CM/ECF Notice of Electronic Filing)

October 29, 2018                    PETER A. MOORE, JR., CLERK

                                     /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk